UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NANCY BURKHART AND
SHARON DAMIS,

    Plaintiff,
v.                                            CASE NO.: 2:23-CV-00772-SPC-NPM

ALLSTATE INSURANCE
COMPANY,

    Defendant.
_____/

## **JOINT NOTICE OF SETTLEMENT**

The parties hereto, NANCY BURKHART AND SHARON DAMIS ("Plaintiffs") and ALLSTATE INSURANCE COMPANY ("Defendant"), by and through their undersigned counsel and pursuant to Local Rule 3.09, hereby notify this Court that the Parties have resolved this case. The Parties are finalizing settlement paperwork and will file appropriate dismissal papers in a timely manner.

Dated: February 25, 2025

Respectfully submitted,

*[CONTINUE TO NEXT PAGE]*

2

| | |
|---|---|
| */s/ Jordan Bieber* | */s/ Benjamin D. Keener* |
| Jordan Bieber, Esq. | Benjamin D. Keener, Esq. |
| Florida Bar No.: 100164 | Florida Bar No.: 35974 |
| Weisser Elazar & Kantor, PLLC | John A. Unzicker Jr., Esq. |
| Attorneys for Plaintiffs | Florida Bar No.: 320366 |
| 800 E. Broward Blvd., Suite 510 | Nielsen & Treas, LLC |
| Fort Lauderdale, FL 33301 | Attorneys for Defendant |
| T: (954) 486-2623 | 3838 N. Causeway Blvd., Suite 2850 |
| F: (954) 572-8695 | Metairie, LA 70002 |
| Email: jb@weklaw.com | T: (504) 837-2500 |
|     cm@weklaw.com | F: (504) 603-0730 |
|     service@weklaw.com | Email:  bkeener@nt-lawfirm.com |
| |     kdetweiler@nt-lawfirm.com |
| |     junzicker@nt-lawfirm.com |
| |     lreyes@nt-lawfirm.com |